IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01541-MSK-BNB

FRANCES BAYLER,

       Plaintiff,

v.

NATIONAL FINANCIAL SYSTEMS, INC.,
a New York corporation, d/b/a NFS,

       Defendant.

___

**ORDER DISMISSING CASE WITH PREJUDICE**
___

THE COURT having reviewed the Stipulated Motion to Dismiss with Prejudice **(#20)** and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay her or its own attorney fees and costs. The clerk shall close this case.

DATED this 16th day of March 2006.

                **BY THE COURT:**

                *Marcia S. Krieger*
                ____

                Marcia S. Krieger
                United States District Judge